AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 08 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:99CR02111-001 |
| Jorge Castro Reynaga ) | USM No: 15149-085 |
| ) | |
| Date of Previous Judgment: 05/17/2000 ) | Jerry Talbott |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of _____ months **is reduced to** _____.

Except as provided above, all provisions of the judgment dated 05/17/2000 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/5/08

_____
Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Edward F. Shea       Judge, U.S. District Court
Printed name and title